UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOSE IGNACIO RAMIREZ HERNANDEZ, KAYLA M. TRAHAN, JAMES M. ALECXIH, and HUGO R. MONTES-GRANADOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 2:25-cv-85-RWS |

## ORDER GRANTING GENERAL MOTORS LLC'S UNOPPOSED MOTION TO TRANSFER

Having considered General Motors LLC's Unopposed Motion to Transfer, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED:**

1. The Clerk is **DIRECTED** to transfer this case to the Eastern District of Michigan and take all necessary steps to effectuate the transfer; and

2. The Clerk is further **DIRECTED** to close this case.

IT IS SO ORDERED

Dated: June 12, 2025

HONORABLE RICHARD W. STORY
SR. U.S. DISTRICT JUDGE